**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02343-AP

BETTY J. CORTEZ,

      Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Plaintiff.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.**     **APPEARANCES OF COUNSEL**

    **For Plaintiff:**

    HENRY J. FELDMAN
    2001 York Street
    Denver, CO 80205
    Telephone: (303) 321-9089
    FAX: 303-393-0462
    E-mail: hfeldman@juno.com

    **For Defendant:**

    JOHN F. WALSH
    United States Attorney

    KEVIN TRASKOS
    United States Attorney's Office
    Chief, Civil Division
    District of Colorado
    Kevin.Traskos@usdoj.gov

    Debra J. Meachum
    Special Assistant United States Attorney
    1001 17th Street
    Denver, Colorado  80202
    Telephone:  (303) 844-1570
    debra.meachum@ssa.gov

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

A. Date Complaint Was Filed: **9/23/10.**
B. Date Complaint Was Served on U.S. Attorney's Office: **9/24/10.**
C. Date Answer and Administrative Record Were Filed**: 11/23/10.**

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7. **OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

8. **BRIEFING SCHEDULE**

A. Plaintiff's Opening Brief Due**:        1/14/11**
B. Defendant's Response Brief Due**:    2/15/11**
C. Plaintiff's Reply Brief (If Any) Due**: 3/2/11**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

A.    Plaintiff's Statement:  Plaintiff requests oral argument.
B.    Defendant's Statement: Defendant does not request oral argument**.**

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.    ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.    (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.** **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.** **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 13TH day of December, 2010.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

/s Henry J. Feldman
Henry J. Feldman,
2001 York Street
Denver, CO 80205
Telephone: (303) 321-9089
FAX: 303-393-0462
E-mail: hfeldman@juno.com

**For Defendant:**

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
United States Attorney's Office
Chief, Civil Division
District of Colorado
Kevin.Traskos@usdoj.gov

/s Debra J. Meachum
Debra J. Meachum
Special Assistant United States Attorney
1001 17th Street
Denver, Colorado  80202
Telephone:  (303) 844-1570
debra.meachum@ssa.gov